UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Stacey Junior,

        Plaintiff,

v.

Michael J. Astrue, Commissioner of Social Security,

        Defendant.
                                     /

Case No. 11-14506

Honorable Nancy G. Edmunds

### ORDER AND OPINION OVERRULING PLAINTIFF'S OBJECTION TO THE MAGISTRATE JUDGE'S DECEMBER 12, 2012 REPORT AND RECOMMENDATION AND ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [20, 18]

Before the Court is the magistrate judge's report and recommendation that the Court deny Plaintiff Stacey Junior's motion for summary judgment and grant Defendant Social Security's motion for summary judgment. (Dkt. 18.) The magistrate judge recommended affirming the administrative law judge's determination that Plaintiff was not disabled and therefore not entitled to Social Security benefits. (*Id.*) Plaintiff has filed one objection–that the administrative law judge did not properly weigh her treating physician's opinion. (Dkt. 20.)

The Court is fully advised in the premises and has reviewed the record, the pleadings, and Plaintiff's objection. The Court agrees with the magistrate judge that the administrative law judge appropriately discussed Plaintiff's alleged treating source physician and appropriately did not give it controlling weight.

The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.

The Court therefore GRANTS Defendant's motion for summary judgment (dkt. 14) and DENIES Plaintiff's motion for summary judgment (dkt. 10).

SO ORDERED.

                                  s/Nancy G. Edmunds
                                  Nancy G. Edmunds
                                  United States District Judge

Dated: February 6, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 6, 2013, by electronic and/or ordinary mail.

                                  s/Carol A. Hemeyer
                                  Case Manager